UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                                              **DECISION AND ORDER**

ALVIN RANDHAWA                                                    14-CR-28S

                    Defendant.

1. On August 15, 2016, the Defendant pled guilty to Count 2 of the Indictment (Docket No. 1) charging a violation of Title 21 U.S.C. §963 (conspiracy to export from the United States 5 kilograms or more of cocaine).

2. On August 15, 2016, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 29) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4. This Court has carefully reviewed *de novo* Judge Foschio's August 15, 2016, Report and Recommendation, the Plea Agreement, the Indictment, the audio recording of the proceeding and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's August 15, 2016, Report and Recommendation (Docket No. 29) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Alvin Randhawa is accepted, and he is now adjudged guilty of Title 21 U.S.C. §963.

.

SO ORDERED.

Dated: September 2, 2016
       Buffalo, New York

                                               /s/William M. Skretny
                                               WILLIAM M. SKRETNY
                                               United States District Judge